IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JONATHAN ROBINSON,               :
                                             :
         **Plaintiff,**              :
                                             :
         v.                    :         **NO. 5:13-cv-292 (MTT) (CHW)**
                                             :
**Commissioner BRIAN OWENS,** *et al.*,   :         **Proceedings Under 42 U.S.C. § 1983**
                                             :         **Before the U.S. Magistrate Judge**
         **Defendants.**            :
_____ :

## REPORT AND RECOMMENDATION

Now before the Court is a Motion for Preliminary Injunction filed by Plaintiff Jonathan Robinson. (Doc. 27).

In his Motion, Plaintiff describes a number of retaliatory actions allegedly taken by the Defendants in response to Plaintiff's § 1983 Complaint, including "harass[ment]," "verbal threats," "verbal assault," and "finger and hand gesture[s]." (*Id.* pp. 1-4). Plaintiff also claims that his personal property was destroyed during a maintenance inspection, (*Id.* pp. 5-6), and that he was strip-searched during a "mass deployment of [the] GDC tactical squad." (*Id.* pp. 7-10).

These alleged retaliatory actions post-date the filing of Plaintiff's complaint and do not relate to his underlying § 1983 action. They should, therefore, be raised in a separate action, provided that Plaintiff first fully exhausts his available administrative remedies in accordance with 42 U.S.C. § 1997e(a). Moreover, Plaintiff has not demonstrated an "actual and imminent" risk of "irreparable injury," as required to obtain injunctive relief. *See, e.g., Jernard v. Commissioner, GDC*, 457 Fed. Appx. 837 (11th Cir. 2012).

Accordingly, it is **RECOMMENDED** that Plaintiff's Motion be **DENIED**. Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections to this

1

**RECOMMENDATION** with the District Judge to whom this case is assigned **WITHIN**

**FOURTEEN (14) DAYS** after being served with a copy thereof.

      **SO RECOMMENDED**, this 6th day of January, 2013.


                    s/ Charles H. Weigle_____
                    Charles H. Weigle
                    United States Magistrate Judge