IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **JONATHAN ROBINSON,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION NO. 5:13-CV-292 (MTT) |
| **Commissioner BRIAN OWENS,** *et al.*, | ) |
| **Defendants.** | ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle. (Doc. 30). The Magistrate Judge, having reviewed the Plaintiff's motion for preliminary injunction (Doc. 27), recommends denying the motion because the alleged retaliatory actions the Plaintiff complains of post-date the filing of his complaint and do not relate to his underlying Section 1983 action. The Plaintiff did not file an objection to the Recommendation. The Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge, and the Recommendation is adopted and made the order of this Court. The Plaintiff's motion is **DENIED**.

**SO ORDERED**, this the 4th day of February, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT