IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JONATHAN ROBINSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:13-CV-292 (MTT) |
| Commissioner BRIAN OWENS, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle. (Doc. 64). The Magistrate Judge, having reviewed the Defendants' motions to dismiss (Docs. 24, 38, 44), recommends granting the motions for the Plaintiff's failure to state retaliation claims against Defendants Andre Robinson and Ray Searcy because the Plaintiff has not alleged that these Defendants initiated or authorized his transfers to other prisons nor has the Plaintiff sufficiently alleged that these Defendants conspired to have the Plaintiff attacked by other inmates. The Magistrate Judge also recommends granting the motions for the Plaintiff's failure to state a failure to protect claim against any of the Defendants because the Plaintiff does not allege facts showing the Defendants had knowledge of a substantial risk of serious harm.

The Plaintiff filed an objection to the Recommendation. Pursuant to 28 U.S.C. § 636(b)(1), the Court has considered the Plaintiff's objections and has made a de novo determination of the portions of the Recommendation to which the Plaintiff objects. The Plaintiff does not respond to the findings in the Recommendation but instead merely rephrases his allegations in his objections. Thus, the Court accepts and adopts the

findings, conclusions and recommendations of the Magistrate Judge, and the Recommendation is adopted and made the order of this Court. The Defendants' motions are **GRANTED**.

    **SO ORDERED**, this the 12th day of June, 2014.

                                          <u>S/ Marc T. Treadwell</u>
                                          MARC T. TREADWELL, JUDGE
                                          UNITED STATES DISTRICT COURT