IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JONATHAN ROBINSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 5:13-cv-292 (MTT) (CHW) |
| | : | |
| Commissioner BRIAN OWENS, *et al.*, | : | Proceedings Under 42 U.S.C. § 1983 |
| | : | Before the U.S. Magistrate Judge |
| Defendants. | : | |
| | : | |

### RECOMMENDATION

Now before the Court are Plaintiff's Motion for Preliminary Injunction and Supporting Memorandum. (Docs. 75, 76). In his Memorandum, Plaintiff informs the Court that he has "been denied access to his legal case files and legal research materials for over three weeks," and that "GEO and GDC officials [have been] obstructing Plaintiff's access to the Court." (Doc. 76, p. 2). While Plaintiff did not explain what conduct he wishes this Court to enjoin, it is clear that Plaintiff's allegations are not related to the facts of the instant case. The record also indicates that the Court has already adopted a Report and Recommendation that recommended dismissing all of Plaintiff's claims. (Docs. 64, 71). Plaintiff was able to successfully file both an Objection, (Doc. 71), and an Amended Objection, (Doc. 64), to the Report and Recommendation.

Because Plaintiff's allegations are unrelated to the facts of this case, and because the Court has already resolved Plaintiff's claims, it is **RECOMMENDED** that Plaintiff's Motion for Preliminary Injunction (Doc. 75) be **DENIED**. It is further **RECOMMENDED** that the Court order the Clerk of Court to enter final judgment in the above-styled case.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections to this **RECOMMENDATION** with the District Judge to whom this case is assigned **WITHIN FOURTEEN (14) DAYS** after being served with a copy thereof.

**SO RECOMMENDED**, this 22nd day of July, 2014.

    s/ Charles H. Weigle_____
Charles H. Weigle
United States Magistrate Judge