IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JONATHAN ROBINSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:13-CV-292 (MTT) |
| Commissioner BRIAN OWENS, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle. (Doc. 77). The Magistrate Judge, having reviewed the Plaintiff's motion for preliminary injunction, recommends denying the motion because the Court previously adopted a Recommendation that recommended dismissing all of the Plaintiff's claims (Docs. 64, 71). The Plaintiff filed an objection to the Recommendation. (Doc. 78).

Pursuant to 28 U.S.C. § 636(b)(1), the Court has considered the Plaintiff's objections and has made a de novo determination of the portions of the Recommendation to which the Plaintiff objects. Rather than addressing the fact that he has improperly filed his motion in a closed case, the Plaintiff argues the merits of his motion. Thus, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge, and the Recommendation is adopted and made the order of this Court. The Plaintiff's motion is **DENIED**. Further, the Clerk of Court is directed to enter final judgment in the above-styled case.

**SO ORDERED**, this the 28th day of August, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT